# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

**I acknowledge receipt of the notice of assignment showing my case:**

| | |
|---|---|
| Case Number | 15-16255 |
| Case Title | Douglas Ivey v. Chase Bank, et al |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | June 13, 2017 | Time | 9:00 A.M. | Courtroom | 1 |

| | |
|---|---|
| Location | San Francisco |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | | | |
|---|---|---|---|
| Name | Joseph J. Poppen | | |
| Phone | (415) 675-3470 | Email Address | joseph.poppen@bryancave.com |
| Party/parties represented | Appellee JPMorgan Chase Bank, N.A. | | |

| | |
|---|---|
| Names of other appearing counsel on side and allocation of total time per side if more than one attorney to argue | None |
| Special needs you may require in the courtroom | None |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using CM/ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

◯ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/ Joseph J. Poppen | Date | 4/11/17 |

**Filing Instructions**

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in CM/ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or, if exempt from electronic filing-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight*: James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190